# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| David Rodgers, | Civil No. 23-cv-0181 (PJS/TNL) |
| Petitioner, | |
| v. | **ORDER** |
| Bureau of Prisons et al., | |
| Respondents. | |

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated May 30, 2023 (ECF No. 13), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. Petitioner's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 (ECF No. 1) is **DENIED AS MOOT.**

2. Petitioner's Motion for Summary Judgment (ECF No. 6) is **DENIED AS MOOT**.

3. This matter is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: June 28, 2023

s/Patrick J. Schiltz
The Honorable Patrick J. Schiltz
Chief United States District Court Judge
for the District of Minnesota